MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **FRITZ, MARK & WENDY**

Chapter 13 Case No. **08-42512**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

Rung
09-26-11 cnw
Receipt #
194029

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| NATIONWIDE COLLECTIONS, INC<br>805 VIRGINIA AVE. SUITE 1<br>FORT PIERCE, FL 34982-5881 | 7 | $85.28 | $8.46 |

RECEIVED 11 SEP 26 AM 9:4... U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

**TOTAL TO CLERK'S FUND**      $8.46

**September 23, 2011**      /s/ Kyle L Carlson
DATE      TRUSTEE